ORIGINAL

**FILED**

E-Filing

DEC 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGER LEASING CORP, a Nevada corporation | IN ADMIRALTY |
| Plaintiff, | **C 05    5117** |
| v. | |
| Barge PT. POTRERO, official number 523213, *in rem*; TED BUHL and JANE DOE BUHL, individually, and the marital community composed thereof; BUHL DIVING & SALVAGE, a sole proprietorship, *in personam*, | **ORDER FOR PROMPT ARREST SC OF VESSEL** |
| Defendants. | |

TO: The Marshal of the above-named District,

YOU ARE HEREBY COMMANDED to execute the Warrant for Arrest of the Barge PT.

POTRERO, ON 523213, and her appurtenances, to take said property into custody on

Wednesday, December 14, 2005, at 11:45 AM where it presently lies in the Petaluma, CA,

harbor in the custody of the Pomeroy Corporation, 500 Hopper St., Petaluma, CA (707-763-

1918), and then and there, after the arrest, to turn custody over to SEAWORTHY PROJECTS so

that the vessel may be towed on the high tide at that time to the premises of the substitute

custodian, Westar Marine Services, Pier 50, San Francisco, CA. To correlate the immediate

transfer of the vessel to SEAWORTHY PROJECTS, the Marshal should call Capt. Don Cloes at

Dockets.Justia.com

1   925-586-0495 (cell) who will be aboard the tug HERO standing close by in the Petaluma harbor.

2   Another contact for the Marshal in case there is any question is plaintiff's attorney, John F.

3   Meadows, at any of these numbers: 415-477-8826, 415-581-7050 or 510-333-6601 (cell).

4       Dated: December 12, 2005.

5

6                                                     _____
                                                      District Court Judge
7

8

9       Submitted by

10

11      _____
        John F. Meadows
12      Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

ORDER FOR PROMPT ARREST OF VESSEL