

E-Filing

FILED
DEC 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGER LEASING CORP, a Nevada corporation,<br><br>Plaintiff<br><br>v.<br><br>Barge PT. POTRERO, official number 523213, *in rem*; TED BUHL and JANE DOE BUHL, individually, and the marital community composed thereof; BUHL DIVING & SALVAGE, a sole proprietorship, *in personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>C 05 5117 SC<br><br>**WARRANT FOR ARREST OF VESSEL IN REM** |

TO THE MARSHAL OF THE ABOVE-NAMED DISTRICT:

YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of the Court, the following described vessel or other property: The Barge PT. POTRERO, ON 523213.

YOU ARE FURTHER COMMANDED if the character or situation of the vessel or other property is such that the taking of action possession is impracticable, to affix a copy of this Warrant in a conspicuous place on said vessel or other property and to leave a copy of the

---
- 1 -
WARRANT OF ARREST OF VESSEL IN REM

1. Warrant and the Complaint in the action with the person having possession of the vessel or other property, or his agent.

    Claims of persons entitled to possession of the vessel or other property arrested hereunder shall be filed with the Clerk and a copy thereof served upon Plaintiff's attorneys within ten (10) days after date of publication of the Notice of Arrest of the vessel or other property, and Answers to the Complaint shall be filed and served within thirty (30) days after date of publication of said Notice of Arrest. Plaintiff's attorneys are John F. Meadows, Jedeikin, Spaulding, Meadows & Schneider, 333 Pine St., 5th Floor, San Francisco, CA 94104; Tel: 415/477-8826.

    YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof, and mail a copy thereof to the attorney at whose request the execution was effected.

Dated: December 12, 2005

CLERK, UNITED STATES DISTRICT COURT

By: _____

Deputy Clerk