1   STANLEY L. GIBSON (047882)
    JENNIFER T. SANCHEZ (191548)
2   GIBSON ROBB & LINDH LLP
    100 First Street, 27th Floor
3   San Francisco, California 94105
    Telephone: (415) 348-6000
4   Facsimile: (415) 348-6001

5   Attorneys for Claimants,
    RIVERVIEW EQUIPMENT
6   COMPANY, LLC and
    JERICO PRODUCTS, INC.

7

8

9                       UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14   GREGER LEASING CORP, a Nevada          )   Case No. C 05-5117 SC
     corporation,                           )
15                                          )
             Plaintiff,                     )   **STIPULATION AND [~~PROPOSED~~]**
16                                          )   **ORDER TO RELEASE VESSEL**
         v.                                 )
17                                          )
     Barge PT. POTRERO, official number     )
18   523213, *in rem*; TED BUHL and JANE    )
     DOE BUHL, individually, and the marital)
19   community composed thereof; BUHL       )
     DIVING & SALVAGE, a sole               )
20   proprietorship, *in personam*,         )
                                            )
21           Defendants.                    )
     _____)

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

The parties having agreed to security satisfactory to plaintiff, in the form of the attached bond, the parties request that the United States Marshal release the barge PT. POTRERO from its custody forthwith.

**IT IS SO STIPULATED.**

Dated:  January 11, 2006                          GIBSON ROBB & LINDH LLP


By:   S/ JENNIFER TOMLIN SANCHEZ
         Jennifer Tomlin Sanchez
         Attorneys for Claimants
         RIVERVIEW EQUIPMENT COMPANY,
         LLC and JERICO PRODUCTS, INC.

Dated:  January 11, 2006                          JEDEIKIN, SPAULDING, MEADOWS &
                                                 SCHNEIDER


By:   S/ JOHN F. MEADOWS
         John F. Meadows
         Attorneys for Plaintiff
         GREGER LEASING CORP

<u>**ORDER**</u>

The parties having stipulated to security in the form of the attached bond, and to the release of the barge PT. POTRERO, the U.S. Marshal is hereby ordered to release the vessel from arrest.

Date: January __12__, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Samuel Conti

UNI_____JUDGE