1   BIRNBERG & ASSOCIATES
    CORY A. BIRNBERG (SBN 105468)
2   JOSEPH SALAMA (SBN 212225)
    703 Market Street Suite 600
3   San Francisco, California 94103
    Telephone Number: (415) 398-1040
4   Facsimile Number: (415) 398-2001

5

6   Attorneys for Defendants
    TED BUHL, JANE DOE BUHL, BUHL DIVING & SALVAGE

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  GREGER LEASING, a Nevada          )      **Case No. C-05-5117-SC**
11  Corporation,                      )
                                      )      ~~[proposed]~~ **ORDER CHANGING**
12          Plaintiff,                )      **THE HEARING DATE FOR**
                                      )      **HEARING ON CLAIMANTS'**
13  v.                                )      **MOTION TO QUASH**
                                      )
14  BARGE PT POTRERO, official number.)
    523213, *in rem*; TED BUHL and JANE)
15  DOE BUHL, individually, and the marital )  **Location: Courtroom 1, 17th Floor**
    community composed thereof; BUHL   )      **Honorable Judge Samuel Conti**
16  DIVING & SALVAGE, a sole          )
    proprietorship, *in personam*      )
17                                     )
            Defendants.                )
18  _____   )
    TED BUHL and JANE DOE BUHL,        )
19  individually, and the marital community )
    composed thereof; BUHL DIVING &    )
20  SALVAGE, a sole proprietorship, *in* )
    *personam*                         )
21          Cross-Complainants         )
                                      )
22  *v.*                               )
                                      )
23  GREGER LEASING, a Nevada          )
    Corporation, RON GREGER an        )
24  individually and dba GREGER LEASING )
                                      )
25  _____   )

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

26

27

28

**ORDER CHANGING HEARING DATE**          **Case No. C-05-5117-SC**

1

1      On representations of counsel for Defendants BUHL that he is unable to attend the

2  hearing on Claimants' Motion to Quash based on an unavoidable scheduling conflict, and

3  based on his further representations that he has conferred with Claimants' counsel

4  Jennifer Sanchez, and Plaintiff's counsel, John Meadows, and they do not oppose

5  resetting the hearing on Claimants' motion to quash, IT IS HEREBY ORDERED:

6      The adversary hearing set for March 30, 2006 at 10:00 a.m. is hereby reset to

7  March 23, 2006 at 10:30 a.m.

8      IT IS FURTHER ORDERED that the date for filing of the witness lists and

9  exhibits presently set for March 16, 2006 shall remain the same.

Dated: March __20__ , 2006        By:_____



Honorable Samuel Conti
United States District Judge

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ORDER CHANGING HEARING DATE**        **Case No. C-05-5117-SC**