United States District Court
For the Northern District of California

| | |
|---|---|
| GREGER LEASING CORP., a Nevada corporation, | No. C-05-5117 SC |
| Plaintiff, | ORDER DENYING CLAIMANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |
| v. | |
| Barge PT. POTRERO, official number 523213, in rem, TED BUHL and JANE DOE BUHL, individually, and the marital community composed thereof; BUHL DIVING & SALVAGE, a sole proprietorship, in personam, | AND ORDER GRANTING CLAIMANTS' MOTION FOR LEAVE TO RENEW MOTION FOR COSTS SECURITY |
| Defendants. | |
| AND ALL RELATED ACTIONS | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## I. INTRODUCTION

Following a three-day adversary hearing, this Court issued an Order denying Claimants Riverview Equipment Company, LLC and Jericho Products, Inc. ("Claimants") Motion to Quash Arrest.

Presently before the Court are two motions brought by Claimants. In the first, Claimants move for leave to file a motion for reconsideration and in the second for leave to renew their motion for costs security.

For the reasons stated herein, the Court hereby DENIES Claimants' motion for leave to file a motion for reconsideration and GRANTS Claimants' motion for leave to renew its motion for costs security.

//

//

## II. DISCUSSION

### A. The Court Considered All Material Facts Before Issuing Its Order

Claimants assert that the Court failed to consider all material facts before issuing its Order.[1] Specifically, Claimants state that

> [w]hile the Court did credit Mr. Greger with confirming to the Lind brothers that his deal with Buhl was "all good," it did not acknowledge or address the testimony that Mr. Greger expressly stated he was not going to enforce any "maritime lien" against the barge.

Claimants' Memorandum in Support of Motion for Leave to File a Motion for Reconsideration at 2 ("Clmts'. Mem.")

As stated in its Order denying Defendants' motion for leave to file for reconsideration, because the Court did consider all material facts, including the testimony of all witnesses, prior to issuing its Order, Claimants' motion for reconsideration is unwarranted and futile. Accordingly, the Court hereby DENIES Claimants' motion for leave to file a motion for reconsideration.

## III. MOTION FOR LEAVE TO RENEW MOTION FOR COSTS SECURITY

Claimants ask the Court for leave to renew their motion for costs security. Id. at 1.

In its April 5, 2006 Order Re Motion to Quash Arrest and to Compel Arbitration, the Court stated that it would allow Claimants an opportunity to renew their motion for costs security. See Docket No. 82 at 8. In accordance with that Order, the Court GRANTS Claimants' motion for leave to renew their motion for costs

---

[1] Detailed descriptions of the facts have been set forth in previous Orders of this Court.

2

1  security.

2  **IV.  CONCLUSION**

3  Because the Court considered all relevant evidence before
4  issuing its previous Order Re Motion to Quash Arrest, the Court
5  DENIES Claimants' motion for leave to file a motion for
6  reconsideration.

7  The Court, in accordance with that same Order, will allow
8  Claimants to renew their motion for costs security.  Claimants'
9  motion for leave to so file is GRANTED.  As soon as possible,
10 Claimants should schedule a motion hearing date with the Court.

11 IT IS SO ORDERED.

13 Dated: June 26, 2006

_____
UNITED STATES DISTRICT JUDGE

3