STANLEY L. GIBSON (047882)
JENNIFER T. SANCHEZ (191548)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for RIVERVIEW EQUIPMENT
COMPANY, LLC and JERICO PRODUCTS, INC.,
As claimants to Barge PT. POTRERO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGER LEASING CORP, a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> Barge PT. POTRERO, official number 523213, *in rem*; TED BUHL and JANE DOE BUHL, individually, and the marital community composed thereof; BUHL DIVING & SALVAGE, a sole proprietorship, *in personam*, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS | Case No. C 05-5117 SC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT BARGE PT. POTRERO, WITH PREJUDICE** |

The Plaintiff Greger Leasing Corp. and Claimants for the defendant barge PT. POTRERO, Riverview Equipment Company, LLC and Jerico Products, Inc., through their counsel of record in this action, hereby stipulate and jointly move for entry of an order of dismissal of Plaintiff's claims against the defendant barge PT. POTRERO, with prejudice, without interest, and with the parties hereto bearing their own costs and fees, and that Claimants

1  be relieved of their duty to post security for the barge, and that such bond tendered by Claimants
2  shall be vacated and terminated.  This stipulation of Plaintiff and Claimants to dismiss the
3  defendant barge PT. POTRERO is not intended to affect any claims or defenses between Plaitniff
4  and defendants Ted Buhl and Jane Doe Buhl, individually, and the marital community composed
5  thereof; or Buhl Diving & Salvage.

7                                         Respectfully submitted,
8  Dated: July 30, 2008                 JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER

10                                        /S/ JOHN F. MEADOWS
                                       John F. Meadows
11                                        Attorneys for Plaintiff
                                       GREGER LEASING CORP

14                                        /S/ JENNIFER TOMLIN SANCHEZ
                                       Jennifer Tomlin Sanchez
15                                        Attorney for Claimants
                                       RIVERVIEW EQUIPMENT COMPANY, LLC and
                                       JERICO PRODUCTS, INC.,
16                                        As Claimants to Barge PT. POTRERO

18  Jennifer Tomlin Sanchez attests that concurrence in the filing of this document has been
19  obtained from John F. Meadows.

21  **ORDER**
22  WHEREFORE, the Court having been advised that Plaintiff Greger Leasing Corp. and
23  Claimants for the defendant barge PT. POTRERO, Riverview Equipment Company, LLC and
24  Jerico Products, Inc., have stipulated and jointly moved for an order dismissing Plaintiff's claims
25  against the defendant barge PT. POTRERO, it is hereby
26  ORDERED that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the
27  claims of Plaintiff Greger Leasing Corp. against defendant barge PT. POTRERO, together with
28  all claims that could have been asserted by the Plaitniff against the defendant barge PT.

1  POTRERO with respect to the matters set forth in the complaint in this action, are hereby
2  dismissed with prejudice; and it is further
3      ORDERED that each party hereto shall bear its own costs and fees; and it is further
4      ORDERED that no interest shall accrue; and it is further
5      ORDERED that the Claimants are relieved of their duty to post security and the bond
6  tendered by Claimants for release of the barge from this Court's custody is vacated and
7  terminated.

9      IT IS SO ORDERED.

11  Dated: 9/3/08         *[signature]*
12                                     Honorable Judge Samuel Conti
                                   United States District Court Judge